FILED
AT 11:51 o'clock A M
OCT 5 2015
Cheryl Fulcher
DISTRICT CLERK
HOPKINS COUNTY, TEXAS

1323218

THE STATE OF TEXAS

VS

ODIS CLINT FARRAR

IN THE DISTRICT COURT

8th JUDICIAL DISTRICT

HOPKINS COUNTY, TEXAS

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/6/2015 3:42:39 PM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

Comes Now ODIS CLINT FARRAR and files this, his notice of appeal of conviction & sentence in the above entitled and numbered cause

Signed this the 29 day of September, 2015

Respectfully submitted



Scribed and signed before me on September 29th, 2015.

JENNIFER PHILLIPS
Notary Public, State of Texas
My Commission Expires
April 26, 2018

Odis Clint Farrar

208 Hwy 37

Mt. Vernon Tx

75457

Odis Clint Farrar
208 Hwy 37
Mt. Vernon Tx
75457

09/30/15
22-2

Legal Mail

2015 OCT -5 AM 11:51

FRANKLIN CO.
CO'YLE FULTON
COUNTY CLERK
MT. VERNON, TEXAS

NORTH TEXAS TX METRO
DALLAS TX 752
01 OCT 2015 PM 3 L

7548227051e

Cheryl Fulcher
118. Main St
Sulpher Springs, Tx

FOREVER
USA